COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       David Pollitt v. Computer Comforts, Incorporated

Appellate case number:    01-17-00067-CV

Trial court case number:  11-CV-1203

Trial court:                        212th District Court of Galveston County

On June 13, 2017, this Court issued an opinion dismissing this appeal for want of prosecution. On June 28, 2017, appellant, David Pollitt, filed a motion for rehearing, claiming that he thought he had filed another motion for extension, and that his failure to file an opening brief was not the result of intentional conduct or deliberate disregard. Pollitt has tendered his brief with his motion for rehearing. Pollitt asks that we grant his motion, reinstate the appeal, and file his brief.

We grant the motion, reinstate the appeal, and order the brief filed as of today's date.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                              ☑ Acting individually       ☐ Acting for the Court

Date: July 27, 2017